**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6616**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMAL ANTWAN MOON,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CR-99-203, CA-01-432)

———————

Submitted: July 19, 2002          Decided: September 20, 2002

———————

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jamal Antwan Moon, Appellant Pro Se. Darryl James Mitchell, Special
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamal Antwan Moon seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant the motion for enlargement of the record, deny the motion for leave to take deposition, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. See United States v. Moon, Nos. CR-99-203; CA-01-432 (E.D. Va. filed Jan. 15, 2002, entered Jan. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED